**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7113**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ERIC L. JACKSON, a/k/a Tango,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Senior District Judge. (5:01-cr-00004-FPS-MJA-1)

Submitted: December 21, 2017                    Decided: December 28, 2017

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric L. Jackson, Appellant Pro Se. Robert Hugh McWilliams, Jr., John Castle Parr, Assistant United States Attorneys, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric L. Jackson appeals the district court's order denying Jackson's pro se motion seeking multiple forms of relief from his 2001 criminal judgment, including a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012) and Amendment 782 to the U.S. Sentencing Guidelines Manual and the issuance of a writ of audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Jackson*, No. 5:01-cr-00004-FPS-MJA-1 (N.D.W. Va. Aug. 14, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*